Judge Denise L. Cole
U.S. District Court, S.D.N.Y.
500 Pearl Street
New York, N.Y. 10007

# 07-CV-11312
Leroy Dorsey
-vs-
OMH

January 14, 2008

DLC
1/22/08

Judge Cole,

I am Leroy Dorsey # 97A3442 and I am writing you to Request Assistance from you to help me Identify the John Doe, and Jane Doe in my case that you Judge Cole are presiding over # 07-CV-11312 as soon as it is possible to do so pursuant to Valentin-v-Dinkins, 121 F.3d 72 (2d Cir. 1997) because I will need to Amend my Complaint as soon as possible too.

Leroy Dorsey # 97A3442
99 Prison Road, P.O. Box # 1000
Woodbourne, N.Y. 12788-1000
Woodbourne Corr. Facility

Thank You
Leroy Dorsey
(Copy)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/22/08