```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                        :
LEROY DORSEY,                           :
                    Plaintiff,          :
                                        :
        -v-                             :
                                        :   07 Civ. 11312 (DLC)
N.Y.S. OFFICE OF MENTAL HEALTH; JOHN    :
DOE, EMPLOYEE, STAFF CHIEF, SING SING   :   ORDER
CORR.; JANE DOE, EMPLOYEE,              :
RECEPTIONIST, SECRETARY, SING SING      :
CORR.,                                  :
                    Defendants.         :
                                        :
----------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/29/08

DENISE COTE, District Judge:

By letter dated February 26, 2008, plaintiff Leroy Dorsey requested that the Court provide him with certain documents he requires in order to comply with this Court's February 20 order regarding service of his complaint and summons on the defendants. The Pro Se Office having informed the Court that these documents were sent to Dorsey today, it is hereby

ORDERED that Dorsey's request is denied as moot.

SO ORDERED:

Dated:   New York, New York
         February 29, 2008

                              _____
                                       DENISE COTE
                              United States District Judge

Copy sent to:

Leroy Dorsey
No. 97-A-3442
Woodbourne Correctional Facility
99 Prison Road, P.O. Box 1000
Woodbourne, NY 12788